UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24933-CIV-ALTONAGA/Goodman

**PATRICIA MELLNITZ**,

    Plaintiff,

v.

**CARNIVAL CORPORATION**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court at an April 15, 2019 Hearing [ECF No. 43] on Defendants' Joint Motion to Dismiss Plaintiff's Complaint and Demand for Jury Trial [ECF No. 31]. The Court has carefully considered the record; the parties' written submissions, including the Motion, Plaintiff's Response in Opposition [ECF No. 36], Defendants' Reply [ECF No. 41]; the arguments presented at the Hearing, and applicable law.

For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendants' Joint Motion to Dismiss Plaintiff's Complaint and Demand for Jury Trial **[ECF No. 31]** is **GRANTED in part** as follows:

1. The Motion is **GRANTED** as to Counts I, II, III, V, and VII. Those counts are **DISMISSED without prejudice**.

2. The Motion is **GRANTED** as to Count VIII. That count is **DISMISSED with prejudice**.

3. The Motion is **DENIED** with respect to Defendant, Sun Bahamas Water Sport's request the Court dismiss it for lack of personal jurisdiction.

4. Plaintiff has until **April 29, 2019** to file an amended complaint.

CASE NO. 18-24933-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 16th day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record